Stover *v.* Cogswell.

Order affirmed, without costs.

[FIRST DEPARTMENT, GENERAL TERM, September 5, 1870. *Ingraham,* P. J., and *Cardozo,* Justice.]

———•●•———

## STOVER *vs.* COGSWELL.

Where a plaintiff has had an opportunity to interpose the defense of fraud and corruption in an arbitrator, in an action brought against him upon the award, an injunction will not be issued to restrain the proceedings in that action, either before or after judgment.

His remedy is to move, in that action, for such relief as the facts may show he ought to have, in respect to the judgment which has passed against him, therein.

APPEAL from an order made at a special term, dissolving an injunction.

*By the Court,* CARDOZO, J. The plaintiff here had an opportunity to interpose the defense of fraud and corruption which he charges on the arbitrator, in the action brought against him upon the award; and when that is so an injunction should not issue to restrain the proceedings in that suit, either before or after judgment. (*Snediker* v. *Pearson,* 2 *Barb. Ch.* 107.) He is not remediless. He can yet move in that action for such relief as the facts

may show he ought to have against the judgment which has passed against him. If he could not, perhaps another question might be presented which it is not necessary now to consider.

The order should be reversed.

[FIRST DEPARTMENT, GENERAL TERM, September 5, 1870. *Ingraham, P. J.,* and *Cardozo,* Justice.]